■ DANIEL H. WILLIAMS, III, Appellant, v DOUGLAS S. COPPOLA et al., Respondents. [849 NYS2d 870]—Appeal from an order of the Supreme Court, Erie County (Donna M. Siwek, J.), entered February 7, 2007. The order granted defendants' motion for summary judgment and dismissed the amended complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed with costs. Present—Smith, J.P., Lunn, Peradotto, Green and Pine, JJ.